### HUGH JONES V. THE STATE.

#### No. 4237. Decided November 1, 1916.

**Disorderly House—Judgment.**

Where, upon appeal from a conviction of keeping a disorderly house, the judgment was incomplete, the same will be amended so as to correspond with the verdict of the jury.

Appeal from the Criminal District Court of Dallas. Tried below before the Hon. W. L. Crawford.

Appeal from a conviction of keeping a disorderly house; penalty, a fine of two hundred dollars and twenty days confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted for keeping a disorderly house. The record is before us without a statement of facts or bill of exceptions. The punishment assessed is a $200 fine and twenty days imprisonment in the county jail. The judgment seems to be incomplete. The verdict of the jury assessed a fine of $200 and twenty days imprisonment. The judgment orders that "the State of Texas do have and recover of the defendant all costs in this behalf incurred, together with said fine of $200." The judgment will be amended so as to include the jail imprisonment, and affirmed.

*Affirmed.*